TOMMY BULYEA MOLDEN
138 CREEKSIDE DR
CANTON, MS 39046

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38187

AMSHER COLLECTION
4524 SOUTHLAKE PARKWAY
SUITE 15
BIRMINGHAM, AL 35244

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

CHARITY MOLDEN
138 CREEKSIDE DR
CANTON, MS 39046

SPRING OAKS CAPITAL
ATTN: BANKRUPTCY
P.O. BOX 1216
CHESAPEAKE, VA 23327

CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

WORLD FINANCE
170 N FRONTAGE RD
MERIDIAN, MS 39301

KOALAFI
ATTN: BANKRUPTCY
PO BOX 5518
GLEN ALLEN, VA 23058