**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Tommy Bulyea Molden, Debtor**          Case No. 26-01282-JAW
                                                                              CHAPTER 7

## CERTIFICATE OF COMPLIANCE OF PROVISION OF
## PAYMENT ADVICES TO CASE TRUSTEE

COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor

and files this her certificate of compliance with the Court that payment advices required by 11

U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee

Stephen Smith, Esq., 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157 pursuant

to standing order of the United States Bankruptcy Court for the Southern District of Mississippi.

WITNESS my signature on May 21, 2026.

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                        The Rollins Law Firm, PLLC
                                        P.O. Box 13767
                                        Jackson, MS 39236
                                        601-500-5533


CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with
the Court, a true and correct copy of the above and foregoing Certification on May 21, 2026. All
interested parties will receive electronic notification from the Court.

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr.