**PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
06/05/2026**

IN RE:                                                        CASE NUMBER:  26-01282-JAW

    **MOLDEN, TOMMY BULYEA**

APPEARANCES:
(X) DEBTOR 1                                          ( ) DEBTOR 2 (Wife in Joint Cases)
    (X) Required picture I.D. produced          ( ) Required picture I.D. produced
    (X) Required SSN verification produced       ( ) Required SSN verification produced
    (X) Pay advices received                     ( ) Pay advices received

Credit counseling certificate (X) filed ( ) not filed.
Tax returns received for _____2023 + 2024___(years) on _____05/20/2026____(uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ✓ ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(X) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
    ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
    ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF _____, 20____ AT
    _____ O'CLOCK ___.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____
_____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____
_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____
_____
_____
_____
_____

DATED: 06/05/2026

                                         _____
                                         STEPHEN SMITH, TRUSTEE

Track # ___059___ or Tape # _____, Side _____ Counter Start# _____